## Commonwealth *v.* Rossi, Appellant.

Argued September 11, 1973. *Fred T. Cadmus, III,* with him *Cadmus, Good and Patten Associates,* for appellant; *F. Ned Hand,* Assistant District Attorney, with him *William H. Lamb,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.